IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST STATE BANK OF DETROIT ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-1362 GMS |
| ) | |
| ) | |
| JAMES E. PIPER, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, on October 15, 2004, the plaintiff filed a Complaint against the above-captioned defendants;

WHEREAS, on October 20, 2004, a return of service executed as to the defendants was filed with the court;

WHEREAS, the defendants' answer to the Complaint was due on November 8, 2004,

WHEREAS, on February 23, 2005, the court entered an Order directing the defendants to answer or otherwise respond to the Complaint within five (5) days of the date of the Order; and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendants;

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the defendants.

Dated: March 28, 2005                                   _____/s/_____
                                                        GREGORY M. SLEET
                                                        UNITED STATES DISTRICT JUDGE