IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIRST STATE BANK OF DETROIT | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  03-1362 GMS |
| | ) | |
| JAMES E. PIPER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on the defendants on October 20, 2004, and that said defendants have failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: March 28, 2005                 _____/s/_____
By: Marie McDavid, Deputy Clerk