IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIRST STATE BANK OF EAST DETROIT | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-1362 |
| JAMES E. PIPER, et al | ) ) ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on October 15, 2004, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on October 20, 2004, a return of service was executed as to James E. Piper and Tammy J. Piper (D.I. 2);

WHEREAS, on February 23, 2005, an Order to Answer re James E. Piper and Tammy J. Piper was issued (D.I. 4). The defendants were given until March 4, 2005, to answer the complaint;

WHEREAS, on March 28, 2005, a Clerk's entry of default was issued as to James E. Piper and Tammy J. Piper (D.I. 6);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

    2.  If the plaintiff fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

April 7, 2006                                              /s/ Gregory M. Sleet
                                                            UNITED STATES DISTRICT JUDGE