IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| First State Bank of East Detroit, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-1362 (GMS) |
| | : | |
| James E. Piper and Tammy J. Piper, husband and wife, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

1. Plaintiff filed the instant Complaint on October 15, 2004 (D.I. 1).

2. Defendants James E. and Tammy J. Piper, husband and wife, filed for protection under Chapter 13 of the United States Bankruptcy Code on October 21, 2004.

3. As a result of the defendants' filing for bankruptcy protection, the instant case became subject to the automatic stay.

4. Defendants' bankruptcy Plan was confirmed on March 21, 2005.

5. The Plan caused for payments to take place over sixty (60) months.

6. Plaintiff, therefore, respectfully requests that the Court administratively close this case pending either the lifting of the stay or discharge of the underlying debt through the bankruptcy.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

_/s/ Joseph J. Farnan_
JOSEPH J. FARNAN, III, ESQUIRE (#3945)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

DATE: April 26, 2006