## CERTIFICATE OF SERVICE

    I, Joseph J. Farnan, III, Esquire, hereby certify that on April 26, 2006, a copy of the attached Response to Rule to Show Cause was served upon the following via first class, postage paid U.S. Mail:

Doreen H Becker
Holfeld and Becker
1217 King Street
Wilmington, DE 19801

                                                   JOSEPH J. FARNAN, III, ESQUIRE (#3945)