IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FIRST STATE BANK OF EAST DETROIT | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-1362 |
| JAMES E. PIPER, et al | ) ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on October 15, 2004, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on October 20, 2004, a return of service was executed as to James E. Piper and Tammy J. Piper (D.I. 2);

WHEREAS, on February 23, 2005, an Order to Answer re James E. Piper and Tammy J. Piper was issued (D.I. 4). The defendants were given until March 4, 2005, to answer the complaint;

WHEREAS, on March 28, 2005, a Clerk's entry of default was issued as to James E. Piper and Tammy J. Piper (D.I. 6);

WHEREAS, on April 7, 2006, this court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute (D.I. 7);

WHEREAS, on April 26, 2006, a response to the Order to Show Cause was filed (D.I. 8).

IT IS HEREBY ORDERED that:

In accordance with the response to the Order to Show Cause, this case is administratively closed pending either the lifting of the automatic stay, or discharge of the debt through the bankruptcy.


April 26, 2006                                              /s/ Gregory M. Sleet
                                                            UNITED STATES DISTRICT JUDGE